Note Change Made by Court

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASIBEL CANALES ROMERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>POPULUS FINANCIAL GROUP, INC. DBA ACE CASH EXPRESS, a corporate entity form unknown; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-11397-JFW (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF GRASIBEL CANALES ROMERO'S CLAIMS TO ARBITRATION AND STAY ACTION**<br><br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

Having read and considered the foregoing Joint Stipulation, and good cause appearing, the Court hereby orders the following:

1. Plaintiff's claims shall be submitted to final, binding arbitration consistent with the Parties' arbitration agreement;

2. All pending dates in the instant action, including the January 12, 2026, 1:15 p.m. Scheduling Conference, shall be vacated;

3. All proceedings in this Court shall be stayed pending completion of the arbitration effective as of the date of this Order; and

4. The Court shall retain jurisdiction to enforce, confirm or vacate the arbitration award, if any.

5. The clerk shall administratively close this case.

**IT IS SO ORDERED.**

DATED: December 12, 2025

_____
Hon. John F. Walter
Judge of the United States District Court